CT/cvmhrg (January 10, 2002)

HONORABLE **D.F. Martinez**

DEPUTY CLERK **R.K. Wood**     RPTR/ERO/TAPE

TOTAL TIME: ___ hours **19** minutes

DATE **11/4/03**     START TIME **10:09 a.m.**     END TIME **10:28 a.m.**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Accel Intl.**

vs.

**Renwick**

CIVIL NO. **3:03CV983(RNC)**

§
§
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

**R. Weinstein**
Plaintiffs Counsel

**D. Dickins**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #**11**   Motion **to Remand**   ☐ granted ☐ denied ☑ advisement

Hearing continued until _____ at _____