UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ACCEL INTERNATIONAL CORP. and ALLEGIANCE INSURANCE MANAGERS, LTD., | : : : | CIVIL ACTION NO. 3:03 CV 983 (RNC) |
| Plaintiffs, | : : | |
| V. | : : | |
| THOMAS RENWICK, | : : | NOVEMBER 26, 2003 |
| Defendant. | : | |

### PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the plaintiffs in the above-entitled action hereby move the Court for an extension of time to file an answer to the Counterclaim pending a resolution of the Motion to Remand. As the Court is undoubtedly aware, the Motion to Remand has been pending for several months and in fact has been heard at oral argument before Magistrate Judge Martinez, and the plaintiffs are awaiting a decision in the near future on the Motion to Remand. Such remand would impact on the nature and extent of the pleadings to be filed in that the Rules of Civil Practice in the state system vary substantially from those of the federal system.

1

PLAINTIFFS,

By _____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 26th day of November, 2003, a copy of the foregoing was served upon:

Oliver B. Dickins, Esquire
One Phelps Lane
Simsbury, CT 06070

_____
Richard P. Weinstein

chase\renwick\mot enlarge time cc\lmv