UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 19 P 2:11
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ACCEL INTERNATIONAL CORP. and ALLEGIANCE INSURANCE MANAGERS, LTD., | CIVIL ACTION NO. 3:03CV 983 (RNC) |
| Plaintiffs, | |
| V. | |
| THOMAS RENWICK, | DECEMBER 18, 2003 |
| Defendant. | |

### PLAINTIFFS' MOTION TO DETERMINE AMOUNT OF FEES AND COSTS AWARDED PURSUANT TO 28 U.S.C. § 1447(c)

On December 8, 2003, Magistrate Judge Donna Martinez recommended that the plaintiffs' Motion to Remand this case to the Connecticut Superior Court for the Judicial District of Hartford be granted. In addition, pursuant to 28 U.S.C. § 1447(c), Magistrate Judge Martinez has recommended that the defendant be required to pay the just costs and actual expenses, including attorney's fees, incurred by the plaintiffs as a result of the removal of the case from state court. In so recommending that the defendant be ordered to pay the plaintiffs' costs and expenses, Magistrate Martinez directed the plaintiffs to file an affidavit setting forth such costs and expenses, allowing the defendant twenty-one (21) days to file an objection thereto. Attached hereto is an affidavit of counsel which sets forth the costs and expenses, totaling $4,182.90, that

1

have been incurred by the plaintiffs in their successful effort to have this case remanded to state court.

WHEREFORE, the plaintiffs respectfully request that this Court determine the amount of costs and expenses to which they are entitled and enter an order directing the defendant to pay the same.

PLAINTIFFS,

By _____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 18th day of December, 2003, a copy of the foregoing Motion (and Affidavit attached hereto) was served upon:

Oliver B. Dickins, Esquire
One Phelps Lane
Simsbury, CT 06070

_____
Richard P. Weinstein

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ACCEL INTERNATIONAL CORP. and ALLEGIANCE INSURANCE MANAGERS, LTD., | : | CIVIL ACTION NO. 3:03CV 983 (RNC) |
| Plaintiffs, | : | |
| v. | : | |
| THOMAS RENWICK, | : | DECEMBER 17, 2003 |
| Defendant. | : | |

### AFFIDAVIT OF PLAINTIFFS' COUNSEL

RICHARD P. WEINSTEIN, having been duly sworn, hereby deposes and says:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am counsel for the plaintiffs, ACCEL International Corporation and Allegiance Insurance Managers, Ltd.

3. On behalf of the plaintiffs, I filed a Motion to Remand and Memorandum of Law in Support of Motion to Remand, and a further Reply Brief in regard to said Motion,

in this case. I worked on those filings together with my associate, Nathan Schatz. I also attended a hearing on the Motion before Magistrate Judge Donna Martinez.

4. Attorney Schatz spent 5.4 hours researching and preparing the motion, memorandum, and affidavit filed in regard to the Motion to Remand. Attorney Schatz spent an additional 1.5 hours researching and preparing the plaintiff's Reply Brief, and an additional 0.6 hours reviewing Judge Martinez's recommended ruling and preparing this affidavit and the accompanying Motion to Determine Amount of Fees and Costs. Attorney Schatz's billing rate on this file is $225.00 per hour, which is less than his normal billing rate for such legal work.

5. I spent 1 hour reviewing the defendant's Notice of Removal and reviewing and finalizing Attorney Schatz's work. I spent an additional 4 hours preparing for and participating in the November 4, 2003 hearing before Magistrate Judge Martinez on the Motion to Remand. My billing rate on this file is $375.00 per hour, which is less than my normal billing rate for such legal work.

6. In addition, the plaintiffs have incurred costs of $620.40 for WESTLAW usage in connection with computerized legal research to prepare the plaintiffs' moving papers ($559.30) and the plaintiffs' reply brief ($61.10).

2

7. Since Judge Martinez has recommended that the Motion to Remand be granted and has further recommended that the defendant pay the plaintiff its costs and expenses incurred as a result of the removal, I believe that an award to the plaintiffs of $3562.50 for reasonable attorneys' fees, plus $620.40 for the plaintiffs' costs for Westlaw usage, for a total of $4182.90, is fully justified in this case.

_____
RICHARD P. WEINSTEIN

Sworn to and subscribed before me
this 17th day of December, 2003

_____
Leslie M. Vosburgh
Notary Public
My commission expires:

**L. M. VOSBURGH**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2005