**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

MARY WIGGINS
DEPUTY-IN-CHARGE

FILED
2004 APR -1
U.S. DISTRICT COURT
HARTFORD, CT.

Accel International Corp., et al

V.                          Case Number:   3:03cv983 (RNC)

Thomas Renwick

Notice to Clerk, Superior Court,
for the Judicial District of **Hartford**
---------------------

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Hartford, Connecticut, March 25, 2004.

KEVIN F. ROWE, CLERK

By: _Ann Montgomery_
Ann Montgomery
Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on _____

Assigned case number: CV03-0835509

This case was received by: Kathleen Dwight